UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DASHON HINES,

            Plaintiff,

-against-

NHL,

            Defendant.

23-CV-2206 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On September 13, 2022, the Court barred Plaintiff from filing any new action *in forma pauperis* (IFP) without first obtaining from the court leave to file because of his abuse of the privilege of proceeding IFP. *See Hines v. New York State Div. of Human Rights Staff*, ECF 1:21-CV-4629, 7 (S.D.N.Y. Sept. 13, 2022).[1] Plaintiff files this new *pro se* case and seeks IFP status, but he has not sought leave from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the September 13, 2022, order.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   March 20, 2023
            New York, New York

                                    /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                    Chief United States District Judge

---

[1] In May 2016, the United States Court of Appeals for the Second Circuit entered a leave-to-file sanction against Plaintiff. *In re Dashon Hines*, No. 15-4094 (2d Cir. May 5, 2016).